IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MERIDITH JONES,<br><br>                Plaintiff,<br><br>  v.<br><br>FELIX GRAY, INC.,<br><br>                Defendant. | Case No. 1:20-cv-10948 |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff Meridith Jones and Defendant Felix Gray, Inc. have reached an agreement in principle that will resolve the claims alleged in the case, *Jones v. Felix Gray, Inc.*, Case No. 1:20-cv-10948. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

Dated: September 8, 2020        Respectfully Submitted,

                                          */s/ Jason M. Leviton*
                                          Jason M. Leviton (BBO# 678331)
                                          **BLOCK & LEVITON LLP**
                                          260 Franklin Street, Suite 1860
                                          Boston, MA 02110
                                          Phone: (617) 398-5600
                                          jason@blockesq.com

                                          Kevin W. Tucker (He/Him/His)
                                          Pa. No. 312144
                                          Kevin J. Abramowicz
                                          Pa. No. 320659
                                          **EAST END TRIAL GROUP LLC**
                                          186 42nd St., P.O. Box 40127
                                          Pittsburgh, PA 15201
                                          Tel. (412) 877-5220
                                          ktucker@eastendtrialgroup.com
                                          kabramowicz@eastendtrialgroup.com

                                          *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed through the ECF system on this date, and that a true copy of this document will be sent to those indicated as non-registered participants on the Notice of Electronic Filing, if any, by on the same date.

Respectfully Submitted,

Dated: September 8, 2020                    */s/ Jason M. Leviton*
                              Jason M. Leviton