IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MERIDITH JONES,<br><br>    Plaintiff,<br><br> v.<br><br>FELIX GRAY, INC.,<br><br>    Defendant. | Case No. 1:20-cv-10948 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Meridith Jones voluntarily dismisses all claims alleged in the case, *Jones v. Felix Gray, Inc.*, No. 1:20-cv-10948, with prejudice, and with each party bearing her and its own costs.

Dated: September 30, 2020    Respectfully Submitted,

               */s/ Jason M. Leviton*
               Jason M. Leviton (BBO# 678331)
               **BLOCK & LEVITON LLP**
               260 Franklin Street, Suite 1860
               Boston, MA 02110
               Phone: (617) 398-5600
               jason@blockesq.com

               Kevin W. Tucker (He/Him/His)
               Pa. No. 312144
               Kevin J. Abramowicz
               Pa. No. 320659
               **EAST END TRIAL GROUP LLC**
               186 42nd St., P.O. Box 40127
               Pittsburgh, PA 15201
               Tel. (412) 877-5220
               ktucker@eastendtrialgroup.com
               kabramowicz@eastendtrialgroup.com

               *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed through the ECF system on this date, and that a true copy of this document will be sent to those indicated as non-registered participants on the Notice of Electronic Filing, if any, by on the same date.

Respectfully Submitted,

Dated: September 30, 2020

*/s/ Jason M. Leviton*
Jason M. Leviton